Samuel Wickham D: Judge

### SAMUEL BELKNAP vs. SCHOONER *Elizabeth,* 1752

J Aplin for the Respondent

At a Court of Vice Admiralty Held at Newport in the County of Newport and. Colony of Rhode Island, on Monday the Ninth of October A. D. 1752 at Ten o Clock A. M.

Present The Honorable Samuel Wickham Esq$^r$ Deputy Judge.

The Court being opened.

Petition of Sam$^{ll}$ Belknap was read in Court and Sam$^{ll}$ Freeman's Petition. Viz$^t$ which was allowed. And the Court was adjourn'd untill Monday next at Ten o Clock A. M. by request of the Respondent — And opened Accordingly.

The Respondents Plea was Read in Court Viz$^t$ and the exception taken by the Resp$^t$ was overrul'd by the Judge. And the Court was adjourn'd untill three o· Clock P. M. And opened Accordingly. Interlocutory Decree was read in Court Viz$^t$

Abraham Belknap being solemnly sworn, Declared that he verily be-leived that the matters and things contained in the Suggestions are true.

Decree was read Viz[t] And the Court was adjourn'd untill further notice.